UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERTO DUGGANS,

    Plaintiff,

v.                                                                          Case No. 3:19cv3529-LC-HTC

REGIONAL DIRECTORS,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

On September 16, 2019, Plaintiff, proceeding *pro se*, initiated this action in the Middle District of Florida by filing a complaint under 42 U.S.C. § 1983. ECF Doc. 1. Plaintiff seeks placement in protective management and a Court order directing that copies of his complaint be sent to the regional directors of the Florida Department of Corrections ("FDOC") and the warden and assistant warden of Santa Rosa Correctional Institution ("Santa Rosa CI"). *Id.*

On September 16, 2019, the Middle District sent copies of Plaintiff's complaint to both the inspector general for the FDOC and the warden of Santa Rosa CI. ECF Doc. 2. On September 20, 2019, the Middle District transferred Plaintiff's case to this Court because the alleged events giving rise to the action involve Santa Rosa CI, which is located in the Northern District of Florida. ECF Doc. 3.

On September 24, 2019, this Court entered an order directing the clerk to send Plaintiff the proper forms for filing a complaint under 42 U.S.C. § 1983 and the proper *in forma pauperis* forms.  ECF Doc. 5.  Additionally, the Court ordered Plaintiff to submit, within thirty (30) days, an amended complaint and either a completed motion to proceed *in forma pauperis* or the $400.00 filing fee.  *Id.*  Plaintiff did not timely comply with the September 24 Order, and on October 29, 2019, the Court entered a show cause order giving Plaintiff an additional fourteen (14) days to comply with the Court's prior order.  ECF Doc. 6.

More than fourteen (14) days have passed and Plaintiff has neither complied with the September 24 Order nor responded to the October 29 Order to Show Cause.  Additionally, more than two (2) months have passed since Plaintiff initiated this action without the payment of a filing fee or the filing of a proper motion to proceed *in forma pauperis*.

Accordingly, it is respectfully RECOMMENDED:

1.   That this case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute or failure to comply with a Court order.

2.   That the clerk be directed to close the file.

At Pensacola, Florida, this 2nd day of December, 2019.

/s/ *Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:19cv3529-LC-HTC

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No. 3:19cv3529-LC-HTC